NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK ANTONIO BURGOS,
DOC #T72747,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

Case No.  2D16-728

Opinion filed December 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; Chet A. Tharpe,
Judge.

Howard L. Dimmig, II, Public Defender,
and Cynthia J. Dodge, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan D. Dunlevy,
Assistant Attorney General, Tampa, and
Helene S. Parnes, Senior Assistant
Attorney General, Tampa (substituted as
counsel of record), for Appellee.


PER CURIAM.


       Affirmed.


LaROSE, C.J., and VILLANTI and SLEET, JJ., Concur.